FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2011 MAR 10 AM 9:01

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

MARY ERICKSON,

    Plaintiff,    Case No.: 3:11-cv-233-J-34mcr

v.

CITIGROUP, INC. *et al.*    Removed from the Duval County Court,
    State of Florida
    Defendants.    Case No. 16-2011-CC-134

## NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)
## (FEDERAL QUESTION)

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant Financial Recovery Services, Inc. ("FRS") hereby removes to this Court the state court action described below.

1. On January 27, 2011, Plaintiff Mary Erickson ("Plaintiff") commenced an action in the County Court of the Fourth Judicial Circuit In and For Duval County Court, State of Florida, entitled and captioned: *Mary Erickson v. Citigroup, Inc., LVNV Funding, LLC, Resurgent Capital Services, LLC, and Financial Recovery Services, Inc.* A copy of the summons and complaint served on FRS is attached and marked as Exhibit "A".

2. This action is a civil action of which this Honorable Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by FRS pursuant to 28 U.S.C. § 1441(b) in that it presents a federal question, in that Plaintiff

alleges violations of 15 U.S.C. § 1692 *et seq.*, the Fair Debt Collection Practices Act ("FDCPA").

3.   The underlying action was served on FRS on February 8, 2011. This removal is timely pursuant to 28 U.S.C. § 1446(b).

4.   Attached as Exhibit "B" is a copy of the answer filed by FRS. To the best of the undersigned's knowledge, no other pleadings or documents, other than the documents attached hereto, have been filed in this matter.

5.   As required by 28 U.S.C. § 1446(d), FRS will give notice of the filing of this notice to the Plaintiff and to the clerk of the Duval County Court, State of Florida, where the action is currently pending.

6.   Additionally, co-defendant consent is not required for removal of this matter. *See Bank of New York v. Brunsman*, 2009 WL 5511224 *1 (M.D. Fla. 2009) (ruling that cases removed on the basis of federal question jurisdiction via 28 U.S.C. § 1441(c) & 28 U.S.C. § 1331 do not require unanimity); *see also Fowler v. Hertz Vehicles, LLC*, 2007 WL 106563 *1 (M.D. Fla. 2007) (the three exceptions to the rule of unanimity are "(1) the non-consenting defendants had not been served with process at the time the notice of removal was filed; (2) the unconsenting defendants are nominal or formal defendants; or (3) removal is pursuant to § 1441(c)"); *Gay v. Fluellen*, 2007 WL 676219 (M.D. Fla. 2007) (same); *Hayduck v U.P.S., Inc.*, 930 F.Supp. 584, 594 (S.D. Fla. 1996); *Bradwell v. Silk Green House, Inc.*, 828 F.Supp. 940 n.2 (M.D. Fla. 1993) (same); *Alexander v. Goldome Credit Corp.*, 772 F.Supp. 1217, 1220 (M.D. Ala. 1991) (same).

369243

WHEREFORE, FRS respectfully requests that the above captioned matter currently pending in the Duval County Court, State of Florida, be removed to this Honorable Court.

Dated: March 9, 2011

Respectfully submitted,

_____
Kenneth C. Grace, Esq.
Florida Bar No.: 0658464
Dayle M. Van Hoose, Esq.
Florida Bar No.: 016277
SESSIONS, FISHMAN, NATHAN & ISRAEL
3350 Buschwood Park Dr., Suite 195
Tampa, FL 33618
Telephone No.: 813.890.2460
Facsimile No.: 813.889.9757
kgrace@sessions-law.biz
dvanhoose@sessions-law.biz

Counsel for Defendant Financial Recovery Services, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of March, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Wendell Finner, Esq.
340 Third Avenue South, Suite A
Jacksonville, FL 32250

_____
Attorney

369243

# EXHIBIT A

IN THE COUNTY COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

Mary Erickson

PLAINTIFF

vs.

Citigroup, Inc., et al.,

DEFENDANTS

CASE NO.:
DIVISION

16-2011-CC-001348

DIV-C

## SUMMONS

SERVE ON:
Financial Recovery Services, Inc.
CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324

DATE: 2-8-11   TIME: 1:30

ERIC DEAL   S.P.S. #336

*IMPORTANT*

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

Wendell Finner, attorney for Plaintiffs
340 Third Avenue South, Suite A
Jacksonville Beach, Florida 32250
(904) 242-7070

THE STATE OF FLORIDA: To Each Sheriff of the State:

YOU ARE COMMANDED to serve this summons and a copy of the complaint in this lawsuit on the above-named defendant.

DATED on January 27, 2011   CLERK OF THE CIRCUIT COURT
Jim Fuller, As Clerk of the Court

By: _Mary Carter_
As Deputy Clerk

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

2