IN THE COUNTY COURT IN AND FOR DUVAL COUNTY, FLORIDA

MARY ERICKSON

    Plaintiff,

vs.

CASE NO.:
DIVISION: 16-2011-CC- -00134XX

CITIGROUP, INC.
t/a CITIBANK (SOUTH DAKOTA), N.A. - SEARS
    Serve On:
    CT CORPORATION SYSTEM
    1200 SOUTH PINE ISLAND ROAD
    PLANTATION FL 33324 US

DIV.L

and

LVNV FUNDING, LLC
    Serve On:
    FLORIDA SECRETARY OF STATE
    2661 EXECUTIVE CENTER CIRCLE WEST
    TALLAHASSEE FL 32399 US

and

RESURGENT CAPITAL SERVICES, LLC
    Serve On:
    CT CORPORATION SYSTEM
    1200 SOUTH PINE ISLAND ROAD
    PLANTATION FL 33324 US
    and

FINANCIAL RECOVERY SERVICES, INC.
    Serve On:
    CT CORPORATION SYSTEM
    1200 SOUTH PINE ISLAND ROAD
    PLANTATION FL 33324 US

    Defendants.
_____/

## COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES

Mary Erickson, by her undersigned attorney, hereby sues Citigroup, Inc. t/a Citibank (South Dakota), N.A. ("Citi"), LVNV Funding, LLC, ("LVNV") Resurgent Capital Services,

-1-

LLC ("Resurgent") and Financial Recovery Services, Inc. ("FRS"), and for her Complaint states as follows:

1. This is an action for damages not in excess of $15,000.00, exclusive of costs, interests and attorney's fees.

2. Plaintiff is a resident of Florida.

3. Citigroup, Inc. is an entity qualified to conduct business in Florida where it trades and conducts business as Citibank (South Dakota), N.A. – Sears.

4. Citigroup, Inc. is the registered owner of the "Citibank" trademark, United States Patent and Trademark Office registration number 3622937.

5. Resurgent and FRS are entities qualified to conduct business in Florida.

6. LVNV is an entity conducting business illegally in Florida.

### COUNT I – Unlawful Collection Practices by Citi

7. Ms. Erickson had an alleged debt to Citi arising from personal, family or household purposes.

8. On March 20, 2009 Ms. Erickson, through counsel, advised Citi that Ms. Erickson was represented by counsel with respect to all accounts owned or serviced by Citi and requested that Citi cease all direct contact with Ms. Erickson. A true and correct copy of the fax confirmation of that communication is attached hereto as Exhibit A.[1]

9. The March 20, 2009 communication to Citi placed Citi on notice that (a) Ms. Erickson was represented by counsel with regard to the alleged debts, and (b) Ms. Erickson did not wish to be contacted directly again by Citi.

---

[1] The fax sent to Creditor included a notice of representation which stated "PLEASE TAKE NOTICE that Wendell Finner is my attorney at law who represents me with respect to all my debts and all claims my creditors have against me. I authorize and instruct him to discuss any of my accounts with my creditors and their affiliates, agents, employees, designees or assigns. I authorize and instruct my creditors to disclose such information to Mr. Finner as he may request, and to direct all communications to him as my attorney." The notice was signed by Ms. Erickson and contained her social security number to assist recipients in identifying affected accounts. Due to the inclusion of Ms. Erickson's social security number, the Notice of Representation is not filed herewith.

10. Ms. Erickson filed a previous suit against Citi on August 24, 2009, alleging illegal collection practices occurring prior to that suit's filing. That suit provided further notice to Citi that Ms. Erickson was represented by counsel and that direct contact with Ms. Erickson was prohibited by law.

11. Citi, by and through its agent, LVNV, willfully communicated with Ms. Erickson by means of a letter dated June 7, 2010 (attached hereto as Exhibit B) even though it knew Ms. Erickson was represented by counsel.

12. In the alternative, Citi sold Ms. Erickson's account without advising the buyer that Ms. Erickson was represented in a willful attempt to circumvent Citi's legal duties, and to effect abuse and harassment of Ms. Erickson by subjecting her to direct collection contact.

13. The activities of Creditor constitute illegal collection practices prohibited by the Florida Consumer Collection Practices Act ("FCCPA"), Fla. Stat. §§ 559.72 (7), (18).

WHEREFORE, Plaintiff, Mary Erickson, demands judgment against Defendant, Citigroup, Inc. for actual and statutory damages, together with punitive damages, pre- and post-judgment interest, attorney's fees and costs of suit.

## COUNT II – Unlawful Collection Practices by LVNV

14. Ms. Erickson incorporates the allegations of paragraphs 8 through 11, above.

15. LVNV is engaged in a contract with Citi, the terms of which require LVNV to receive notice when a consumer referred for collection is represented by counsel.

16. LVNV also undertakes prior to collection to search public records to determine whether a debt may be lawfully collected.

17. LVNV had actual knowledge, from Citi and from public records, that Ms. Erickson was represented by counsel.

18. LVNV, by and through its agents, Resurgent and FRS, willfully communicated with Ms. Erickson by sending Ms. Erickson the June 7, 2010 letter.

19. The communication from LVNV to Ms. Erickson constitutes illegal collection practices under the FCCPA, Fla. Stat. § 559.72, and the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692c.

WHEREFORE, Plaintiff, Mary Erickson, demands judgment against Defendant, LVNV Funding, LLC, for actual and statutory damages, together with punitive damages, pre- and post-judgment interest, attorney's fees and costs of suit.

### COUNT III – Unlawful Collection Practices by Resurgent

20. Ms. Erickson incorporates the allegations of paragraphs 8 through 11 and 14 through 16, above.

21. Resurgent is engaged in a contract with LVNV, the terms of which require Resurgent to receive notice when a consumer referred for collection is represented by counsel.

22. Resurgent also undertakes prior to collection to search public records to determine whether a debt may be lawfully collected.

23. Resurgent had actual knowledge, from LVNV and from public records, that Ms. Erickson was represented by counsel.

24. Resurgent willfully communicated with Ms. Erickson by sending Ms. Erickson the June 7, 2010 letter.

25. The communication from Resurgent to Ms. Erickson constitutes illegal collection practices under the Florida Consumer Collection Practices Act, Fla. Stat. § 559.72 (18) and the Fair Debt Collection Practices Act, 15 U.S.C. §1692c.

WHEREFORE, Plaintiff, Mary Erickson, demands judgment against Defendant, Resurgent Capital Services, LP, for actual and statutory damages, together with punitive damages, pre- and post-judgment interest, attorney's fees and costs of suit.

### COUNT IV – Unlawful Collection Practices by FRS

26. Ms. Erickson incorporates the allegations of paragraphs 8 through 11, 14 through 16 and 20 through 22, above.

27. FRS is engaged in a contract with Resurgent, the terms of which require FRS to receive notice when a consumer referred for collection is represented by counsel.

28. FRS also undertakes prior to collection to search public records to determine whether a debt may be lawfully collected.

29. FRS had actual knowledge, from Resurgent and from public records, that Ms. Erickson was represented by counsel.

30. FRS willfully communicated with Ms. Erickson by sending Ms. Erickson the June 7, 2010 letter.

31. The communication from FRS to Ms. Erickson constitutes illegal collection practices under the Florida Consumer Collection Practices Act, Fla. Stat. § 559.72, and the Fair Debt Collection Practices Act, 15 U.S.C.§1692c.

WHEREFORE, Plaintiff, Mary Erickson, demands judgment against Defendant, Financial Recovery Services, Inc., for actual and statutory damages, together with punitive damages, pre- and post-judgment interest, attorney's fees and costs of suit.

### COUNT III – Injunctive Relief

32. Ms. Erickson incorporates the allegations of paragraphs 8 through 11, 14 through 16, 20 through 22 and 26 through 28, above.

33. Ms. Erickson will be irreparably damaged should Citi, LVNV, Resurgent and FRS continue their illegal and harassing communications to Ms. Erickson.

WHEREFORE, Plaintiff, Mary Erickson, demands judgment against Defendants, Citigroup, Inc. t/a Citibank (South Dakota), N.A., LVNV Funding, LLC, Resurgent Capital Services, LP and Financial Recovery Services, Inc. permanently enjoining them, their officers, directors, agents, attorneys and employees, and anyone acting in concert with them, from contacting Ms. Erickson or any other person in connection with the alleged debt, and awarding Ms. Erickson attorney's fees and costs of suit.

_____
WENDELL FINNER, Florida Bar No. 0093882
RYAN G. MOORE, Florida Bar No. 0070038
340 Third Avenue South, Suite A
Jacksonville Beach, Florida 32250-6767
(904) 242-7070
(904) 242-7054 fax
*Attorneys for Plaintiff*

## Message Confirmation Report

| Date/Time | : MAR-20-2009 03:20PM FRI |
|---|---|
| Fax Number | : 9042427054 |
| Fax Name | : WENDELL FINNER, P.A. |
| Model Name | : 1815dn |

| No. | Name/Number | StartTime | Time | Mode | Page | Result |
|---|---|---|---|---|---|---|
| 149 | 16053572073 | 03-20 03:19PM | 00'20 | ECM | 002/002 | O.K |

**WENDELL FINNER, P.A.**
LAW OFFICES

FACSIMILE COVER SHEET:

March 20, 2009

*Please Deliver The Following Pages To:*     **CITIBANK**

FAXED TO TELEPHONE NUMBER:    1-605-357-2073

FROM:    Wendell Finner

TOTAL NUMBER OF PAGES (INCLUDING THIS COVER SHEET): 2

RE:    *Your account:* MARY ERICKSON 771321155-7

DOCUMENT: Notice of Representation

COMMENTS: Pursuant to Florida Statutes, §559.72, Mary Erickson requests that you do not contact her again with respect to the referenced account or any other amount that your company owns or services. I am happy to provide updates of the borrowers' status over the telephone.

- W.F.

IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL AS SOON AS POSSIBLE (904) 249-9978

The information contained in this transmission is attorney privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone collect and return the original message to us at the above address via the U.S. Postal Service. We will reimburse you for expenses. Thank You

334 North Avenue South
Jacksonville Beach, Florida 32250-4537

Phone: (904) 249-9978
Fax: (904) 249-7054

EXHIBIT A

DEPT 613   2825707410065
PO BOX 4111
CONCORD CA 94524-4111

**FINANCIAL RECOVERY SERVICES, INC.**

P.O. Box 385908
Minneapolis, MN 55438-5908
1-866-438-2881

Wendell

Return Service Requested

June 7, 2010

BBT222
MARY P ERICKSON
4322 TIDEVIEW DR
JACKSONVILLE FL 32250-1806

CLIENT: RESURGENT CAPITAL SERVICES LP
CURRENT CREDITOR: LVNV FUNDING LLC
REGARDING: SEARS GOLD MASTERCARD
ACCOUNT NUMBER: XXXXXXXXXXXX9688
BALANCE: $10453.92

******INITIAL NOTIFICATION******

LVNV FUNDING LLC ACQUIRED YOUR ABOVE REFERENCED ACCOUNT AND THE CURRENT SERVICER OF THE ACCOUNT, RESURGENT CAPITAL SERVICES LP, HAS PLACED IT WITH THIS AGENCY FOR COLLECTION.

AS OF THE DATE OF THIS LETTER, YOU OWE $10453.92. INTEREST, LATE CHARGES, AND OTHER CHARGES MAY OR MAY NOT BE APPLICABLE TO THIS ACCOUNT. IF SOME OR ALL OF THESE ARE APPLICABLE TO YOUR ACCOUNT, THEY MAY VARY FROM DAY TO DAY AND THUS THE AMOUNT DUE ON THE DAY YOU PAY MAY BE GREATER. HENCE, IF YOU PAY THE AMOUNT SHOWN ABOVE, AN ADJUSTMENT MAY BE NECESSARY AFTER WE RECEIVE YOUR CHECK, IN WHICH EVENT WE WILL INFORM YOU BEFORE DEPOSITING THE CHECK FOR COLLECTION. FOR FURTHER INFORMATION, WRITE THE UNDERSIGNED OR CALL 1-866-438-2881.

YOUR ACCOUNT IS SERIOUSLY PAST DUE AND MUST BE PAID IN FULL OR WE WILL PROCEED WITH APPROPRIATE COLLECTION EFFORTS. PLEASE REMIT THE ENTIRE BALANCE DUE TO OUR OFFICE USING THE RETURN ENVELOPE PROVIDED. IF YOU HAVE ANY QUESTIONS OR WISH TO DISCUSS YOUR ACCOUNT WITH ONE OF OUR REPRESENTATIVES PLEASE CALL US AT THE TOLL FREE NUMBER LISTED BELOW.

UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THE DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGMENT AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION. IF YOU REQUEST THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

SINCERELY,

ZACH LINDSTROM
ACCOUNT MANAGER
TOLL FREE: 1-866-438-2881

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR. SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

Office hours are: Monday - Thursday, 7am to 8pm; Friday 7am to 5pm; Saturday 7am to noon.

---

***DETACH AND RETURN THIS PORTION OF THIS NOTICE WITH YOUR PAYMENT***

NOTE: ANY CHECK RETURNED FOR INSUFFICIENT FUNDS OR ACCOUNT CLOSED WILL BE ASSESSED A $15.00 CHARGE.

AMOUNT ENCLOSED: _____

HOME PHONE: _____

WORK PHONE: _____

FINANCIAL RECOVERY SERVICES, INC.
P.O. BOX 385908
MINNEAPOLIS, MN 55438-5908

TOTAL BALANCE DUE: $10453.92

FRS File#: BBT222

TOLL FREE: 1-866-438-2881

MARY P ERICKSON
4322 TIDEVIEW DR
JACKSONVILLE FL 32250-1806



EXHIBIT B

We are required under certain State and Local Laws to notify consumers of these States or Localities of the following rights. This list does not contain a complete list of the rights consumers have under Federal, State, or Local Laws.

## ADDITIONAL INFORMATION FOR CALIFORNIA RESIDENTS

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

## ADDITIONAL INFORMATION FOR COLORADO RESIDENTS

FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE www.coloradoattorneygeneral.gov/ca.

A CONSUMER HAS THE RIGHT TO REQUEST IN WRITING THAT A DEBT COLLECTOR OR COLLECTION AGENCY CEASE FURTHER COMMUNICATIONS WITH THE CONSUMER. A WRITTEN REQUEST TO CEASE COMMUNICATION WILL NOT PROHIBIT THE DEBT COLLECTOR OR COLLECTION AGENCY FROM TAKING ANY OTHER ACTION AUTHORIZED BY LAW TO COLLECT THE DEBT.

## ADDITIONAL INFORMATION FOR MASSACHUSETTS RESIDENTS

### NOTICE OF IMPORTANT RIGHTS:

YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.

IF YOU WISH TO DISCUSS THIS MATTER, PLEASE CALL US DIRECT, BETWEEN THE HOURS OF 8 A.M. AND 5 P.M. CST, AT THE NUMBER LISTED ON THE FRONT OF THIS NOTICE. MASSACHUSETTS RESIDENT OFFICE ADDRESS IS: 6230 WASHINGTON ST, WEST ROXBURY, MA 02132 WITH OFFICE HOURS: M-TH 10AM-3PM.

## ADDITIONAL INFORMATION FOR MINNESOTA RESIDENTS

THIS COLLECTION AGENCY IS LICENSED BY THE MINNESOTA DEPARTMENT OF COMMERCE.

## ADDITIONAL INFORMATION FOR NEW YORK CITY RESIDENTS

This collection agency is licensed by the New York City Department of Consumer Affairs. The license number is 1015506.

## ADDITIONAL INFORMATION FOR NORTH CAROLINA RESIDENTS

North Carolina Department of Insurance permit number: 3917.

## ADDITIONAL INFORMATION FOR TENNESSEE RESIDENTS

This collection agency is licensed by the Collection Service Board of the State Department of Commerce and Insurance.

## ADDITIONAL INFORMATION FOR WISCONSIN RESIDENTS

This collection agency is licensed by the Division of Banking, P.O. Box 7873, Madison, Wisconsin 53707.

## NOTICE TO ALL CONSUMERS

Our staff is trained to conduct themselves in a businesslike and professional manner, and to leave you with a positive experience in dealing with our Company. Please call (866) 438-2860 with your criticism, complaints, suggestions and compliments. To discuss the account, please call the number on the front of this letter. For your convenience, we do accept VISA and MASTERCARD payment and electronic checks over the telephone. There may also be a $15.00 charge assessed for checks returned to us for insufficient funds.

EXHIBIT B

## PRIVACY NOTICE

This Privacy Notice is being given on behalf of each of the following related companies (the "Sherman Companies"). It describes the general policy of the Sherman Companies regarding the personal information of customers and former customers.

| | | |
|---|---|---|
| Anson Street LLC | Granite Asset Management LLC | SFG REO, LLC |
| Ascent Card Services II LLC | Limestone Asset Management LLC | Sherman Acquisition II Limited Partnership |
| Ascent Card Services, LLC | LVNV Funding, LLC | Sherman Acquisition L.L.C. |
| Ashley Funding Services LLC | PYOD LLC | Sherman Acquisition Limited Partnership |
| Credit One Bank, N.A. | Resurgent Capital Services L.P. | Sherman Acquisition TA LP |
| Credit One Financial Solutions LLC | Resurgent Capital Services PR LLC | Todd Street LLC |
| Fieldstone Asset Management LLC | | |

**Information We May Collect.** The Sherman Companies may collect the following personal information: (1) Information that we receive from your account file at the time we purchase or begin to service your account, such as your name, address, social security number, and assets; (2) Information that you may give us through discussion with you, or that we may obtain through your transactions with us, such as your income and payment history; (3) information that we receive from consumer reporting agencies, such as your creditworthiness and credit history, and (4) information that we obtain from third party information providers, such as public records and databases that contain publicly available data about you, such as bankruptcy and mortgage filings. All of the personal information that we collect is referred to in this notice as "collected information".

**Confidentiality and Security of Collected Information.** At the Sherman Companies, we restrict access to collected information about you to individuals who need to know such collected information in order to perform services in connection with your account. We maintain physical (such as restricted access), electronic safeguards (like encryption and password protection), and procedural safeguards (such as authentication procedures) to protect collected information about you.

**Sharing Collected Information with Affiliates and Third Parties.**

**Sharing with Affiliates.** From time to time, the Sherman Companies may share collected information about customers and former customers with each other and with their affiliated services companies in connection with administering and collecting accounts.

**Sharing with Third Parties.** The Sherman Companies do not share collected information about customers or former customers with third parties, except as permitted by applicable privacy laws. For example, collected information may be shared in certain circumstances (A) with third parties that service or enforce accounts, (B) with credit reporting agencies, and (C) with law enforcement officials, to prevent fraud or other illegal activity.

**Special Notice Regarding Collected Information Subject to the Fair Debt Collection Practices Act.** This Privacy Notice is being sent to you by the Sherman Companies in accordance with a federal privacy law, and it describes our privacy practices generally. However, please be assured that collected information that is received or used for purposes of collecting a debt subject to the Fair Debt Collection Practices Act is communicated only in accordance with that Act.

FRS051-0007R305525-JFRR-2 2525